**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    William Scott Cook<br>              Debtor<br><br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>              Movant<br>           vs.<br>Kenneth E. West, Trustee<br>William Scott Cook<br>              Respondents | Chapter 13<br>Bankruptcy No. 24-11801 |

**ORDER**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Lakeview Loan Servicing, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 952 Maple Glen Circle, Pottstown, Pennsylvania 19464.

**Date: November 18, 2025**                                   _____
                                                                                  Ashely M. Chan
                                                                                  United States Bankruptcy Judge